■ In the Matter of DANIEL WILLIAMS, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [10 NYS3d 910]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of violating various prison disciplinary rules. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been ordered refunded to petitioner's inmate account. In view of this, and given that petitioner has received all of the relief to which he is entitled, the proceeding is dismissed as moot (*see Matter of Rivas v New York State Dept. of Corr. & Community Supervision*, 125 AD3d 1031 [2015]; *Matter of Laliveres v Prack*, 125 AD3d 1029, 1029 [2015]).

Peters, P.J., Egan Jr., Rose and Devine, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.